IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL EDMONDS** : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION NO. 08-5760 |
| : | |
| : | |
| **ROBERT LAWLER,** *et al.* : | |
| Respondents. : | |

### ORDER

**AND NOW,** this 18th day of April 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and the objections thereto, it is hereby **ORDERED** that:

1. The Clerk is directed to **REMOVE** the case from Civil Suspense and return it to the active docket;

2. The Report and Recommendation is **APPROVED** and **ADOPTED in part**; subject to the developments in the law discussed in the accompanying memorandum opinion;

3. The Objections are **OVERRULED**;

4. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing;

5. There is no probable cause to issue a certificate of appealability; and

6. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**